# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARY ANN PARKER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:17-cv-01887-JEO |
| FRED'S STORES OF TENNESSEE, INC., and VMCPP, LLC, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The plaintiff has filed a notice of voluntary dismissal of this action with prejudice. (Doc. 12). Because such notice precedes an answer or a motion for summary judgment by the defendants, the dismissal is effective without a court order. *See* FED. R. CIV. P. 41(a)(1)(A)(i). Accordingly, this action is hereby DISMISSED WITH PREJUDICE, with costs taxed as paid. The clerk is DIRECTED to close the file.

**DONE** this 23rd day of January, 2018.

*John E. Ott*

**JOHN E. OTT**
Chief United States Magistrate Judge